FILED

NOV X 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0489 EMC |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| IRMA RUIZ, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒ Presentence Report
☐ Plea Agreement
☐ Statement of Reasons
☐ _____ (Other)

**IT IS SO ORDERED.**

Dated: 11/3/05

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE